UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


Alan O'Brien, et al.,

                              Plaintiff(s),

v.                                              Case No. 2:18−cv−11964−LJM−EAS
                                                Hon. Laurie J. Michelson

House 2 Home Acquisitions,
LLC, et al.,

                              Defendant(s),

_____

## NOTICE OF MOTION HEARING

   You are hereby notified to appear before District Judge Laurie J. Michelson at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 212.  The following motion(s) are scheduled for hearing:

          Motion – #24

   • MOTION HEARING:  March 21, 2019 at 02:30 PM


## Certificate of Service

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                              By: s/W. Barkholz_____
                                   Case Manager

Dated:   February 27, 2019