# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ALAN O'BRIEN, an individual, and
MARGARET O'BRIEN, an individual,

       Plaintiffs,                      Case No.: 2:18-cv-11964-LJM-EAS

v.                                            Hon. Laurie J. Michelson

HOUSE 2 HOME ACQUISITIONS, LLC, a
Michigan Limited Liability Company, and
KURTIS LaMOTTE, an individual, jointly
and severally,

       Defendants.
_____/

O'REILLY RANCILIO P.C.
Keith C. Jablonski (P62111)
Eric C. Turnbull (P76382)
Attorneys for Plaintiffs
12900 Hall Road, Suite 350
Sterling Heights, MI 48313
(586) 726-1000/ Fax:  (586) 726-1560
kjablonski@orlaw.com
eturnbull@orlaw.com
_____/

## ORDER GRANTING WRIT OF EXECUTION

Plaintiffs having obtained a Default Judgment against Defendants in the amount of $288,600.26; Plaintiffs having filed an unopposed Motion for Writ of Execution as to the property of Defendant House 2 Home Acquisitions, LLC in the above-referenced matter, and the Court being otherwise fully advised:

IT IS HEREBY ORDERED THAT:

1. Plaintiffs' Motion for Writ of Execution is granted as to Defendant House 2 Home Acquisitions, LLC for the reasons stated in the motion and supporting brief;

2. The attached Writ of Execution shall be signed by the Court with the effective date of March 21, 2019;

3. The hearing scheduled for March 21, 2019 is hereby CANCELLED; and

4. The case remains closed.

                                      s/Laurie J. Michelson
                                      LAURIE J. MICHELSON
                                      UNITED STATES DISTRICT JUDGE

Date: March 21, 2019

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on the attorneys and/or parties of record by electronic means or U.S. Mail on March 21, 2019.

                                      s/William Barkholz
                                      Case Manager to
                                      Honorable Laurie J. Michelson

# **WRIT OF EXECUTION**

TO ANY SHERIFF, DEPUTY SHERIFF, OR AUTHORIZED COURT OFFICER – **YOU ARE ORDERED TO:**

1. Seize and sell, according to law, so much from the personal property (as demanded by the officer) of Defendant House 2 Home Acquisitions, LLC not exempt from seizure, as will be sufficient to satisfy Plaintiffs' demand, costs, and any statutory fees and expenses. Personal property may include, but is not limited to motor vehicles or money, wherever located.

2. If sufficient personal property of Defendant House 2 Home Acquisitions, LLC cannot be found within your jurisdiction, seize and sell so much of the real property of Defendant House 2 Home Acquisitions, LLC not exempt from seizure, as will be sufficient to satisfy Plaintiffs' demand, costs, and any statutory fees and expenses.

3. Collect from sale of such property sufficient monies to pay all of your statutory fees and statutory expenses.

4. Deposit proceeds of the sale with the Plaintiffs after deducting statutory fees and statutory expenses.

5. You must endorse the month, day, year, and hour that you receive this order, and that time is the effective date of this order. You must return this order not less than 20 days, nor more than 90 days, from the effective date. If you have begun to serve this order on or before the return date, you may complete service and return after the return date.

6. You may not continue collecting on this order after the return date except as indicated in item 5.

7. Order to be served by court officer James Zelmanski.

[SIGNATURES ON FOLLOWING PAGE]

DATE: _____  _____
DISTRICT COURT JUDGE

**ENDORSEMENT:** I certify that I received this order on _____ at _____am/pm.

_____
AUTHORIZED COURT OFFICER

**TO THE DEFENDANT:** The person taking property must provide you with a receipt of all money paid by you and an inventory of the property taken.